UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, FAGELLA, NOWAK
KLEINBAUM & FRIEDMAN
570 BROAD STREET – SUITE 1402
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
Attorneys for Petitioners

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN, P.C.<br><br>Petitioners,<br>v.<br><br>MNC CONCRETE, LLC.<br><br>Respondent. | CIVIL ACTION NO.: 22-315 (FLW)<br><br>**ORDER AND JUDGMENT CONFIRMING ARBITRATION AWARD AGAINST <u>MNC CONCRETE, LLC.</u>** |

This matter having come before the Court on petitioners' motion to confirm arbitration award; this Court having found that respondent is bound to a written Collective Bargaining Agreement which provides for the submission to arbitration of any controversies concerning delinquent payment to petitioner Laborers' Local Union Nos. 472 & 172 and Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds, and Safety, Education and Training Funds; this dispute having been submitted to an arbitrator who, upon a hearing with proper notice to all parties, entered an award; this Court having jurisdiction to enforce the awards of arbitrators pursuant to 9 U.S.C. § 9; the Court having considered the written submissions of petitioners, Pursuant to Fed. R. Civil. P. 78, in light of the fact that respondent has not submitted opposition to the motion; and for good cause shown:

It is on this ___1st___ day of _____April_____ 2022, ORDERED as follows:

1. The Arbitration Award against **MNC CONCRETE, LLC**., dated **November 29, 2021** is hereby confirmed.

2. Judgment is hereby entered against respondent **MNC CONCRETE, LLC.,** in favor of petitioners, Laborers' Local Union Nos. 472 & 172 and Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds, and Safety, Education and Training Funds ("Funds") in the amount of $16,251.28 (which includes the principal of $14,818.80, liquidated damages of $740.94 and interest of $691.54).

3. Judgment is hereby entered against respondent, **MNC CONCRETE, LLC.,** in favor of petitioner Zazzali, Fagella, Nowak, Kleinbaum & Friedman in the amount of $2,963.76 which is twenty percent (20%) of the original total principal amount due of $14,818.80 to the petitioner Funds, or Respondent shall pay twenty percent (20%) of the adjusted amount shown to be due by the audit ordered herein plus interest of ten percent (10%) from the date of the Award on any part of the attorneys' fees awarded that is not paid within thirty days to petitioners' attorneys, Zazzali, Fagella, Nowak, Kleinbaum & Friedman.

4. Judgment is hereby entered against Respondent **MNC CONCRETE, LLC., i**n favor of petitioners, Laborers' Local Union Nos. 472 & 172 and Laborers' Local Union Nos. 472 & 172 Welfare and Pension Funds, and Safety, Education and Training Funds ("Funds") in the amount of $1,000.00 for reimbursement of the arbitrator's fee**.**

5. Based on the foregoing, judgment is hereby entered, and the respondent is ordered to pay the total amount of **$20,215.04.**

6. Respondent, **MNC CONCRETE, LLC.,** shall permit the Funds' agents to conduct an audit of the books and records of the respondent.

7. Respondent, **MNC CONCRETE, LLC.,** shall pay the petitioners' costs in this action.

8. Respondent, **MNC CONCRETE, LLC.,** in accordance with the Arbitration Award, shall pay, as supplementary attorneys' fees, ten percent (10%) of the total amount due to the petitioner Funds in the event that any additional efforts or services are required in order to recover the amounts due on the judgment.

9. Respondent, **MNC CONCRETE, LLC.,** its president, registered agent, or other authorized corporate official designated by the Funds, shall appear for discovery on oath and produce documents concerning the property and things in action of the respondent at the offices of Zazzali, Fagella, Nowak, Kleinbaum & Friedman upon ten (10) days notice.

10. Respondent shall produce at that time and place the following documents pertaining to the Employer:

   A. Bank Accounts;

   B. Federal and state tax returns;

   C. Financial statements;

   D Documents evidencing ownership interest in real estate, motor vehicle, any and all equipment, pension, life or profit sharing plans, stocks, bonds, securities or other tangible goods;

      E.      Payroll records, accounts receivables and accounts payables;

      F.      Any judgments or liens by or against the Employer;

      G.      Any and all loans, promissory notes, bills of exchange or commercial paper made by or for the benefit of the Employer.


      /s/ Freda L. Wolfson
      Hon. Freda L. Wolfson
      U.S. Chief District Judge